**Order filed July 27, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00305-CV
_____

**JERLENE BATISTE, Appellant**

**V.**

**CARLA ARMAUND; KINGWOOD PINES HOSPITAL, LLC; RAYMOND BATISTE; AND JERRI SETHNA, MD, Appellees**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1153306-102**

---

## ORDER

The notice of appeal in this case was filed June 2, 2021. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On June 22, 2021, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that she has made arrangements to pay for the clerk's record on or before August 11, 2021. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Poissant, and Wilson.